In the Matter of the Application of William Sherman and Others, Appellants-Respondents, for a Mandamus Order against James W. Higgins, as Commissioner

of Police of the City of Buffalo, and Others, Respondents-Appellants.— Order modified so as to make the order one for peremptory mandamus for reinstatement and payment of salary from May 6, 1935, and as modified affirmed, without costs. Memorandum: The delay in bringing this proceeding is satisfactorily explained. Section 445 of the Charter of the City of Buffalo is applicable to these relators. (*Matter of Deth* v. *Castimore*, 245 App. Div. 156.) The back salary to be paid is the salary beginning May 6, 1936. (*Matter of Mullane* v. *Mc Kenzie*, 269 N. Y. 369.) All concur. (The order directs reinstatement of petitioner in the police department.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.